United States District Court
District of Massachusetts



Mildred Glinton
        vs
Judge Rotenberg Center, Laruso Resident
and Terry Parkett

03 · 11597 JLT
Referred to MJ JGD

Complaint

I

① The plaintiff Mildred Glinton is a resident of your town, your country, Massachusetts and citizen of the U.S.

② Defendant Judge Rotenburg Center Laruso Resident

③ Defendant Terry Parkett citizen of U.S.

II  Civil Right Employment

III  The plaintiff contends that she was confronted with and subjected to comments and statement which were racial and discriminatory in nature. In retaliation for reporting the discrimination and ~~harra~~ harassment Mildred Glinton was issued a number of warnings known as PIO

Performance Improvement Opportunities and was ultimately terminated from her position on April 7, 2000. Terry Parkett a supervisory employee at Judge Rotenberg Center discriminated against and harassed Mildred Glinton on the basis of race by assigning black staff such as Mildred Glinton to work with black students stating Mildred Glinton is a disgrace to the human race." stating "you all got hair like monkeys."

Tina Rosario an acknowledged employee Mildred Glinton on basis of race by purposely parking her car to prevent Mildred Glinton from leaving the Larasso Residence at the appropriate time and detaining her. Mildred Glinton reported this discrimination and harassment to her supervisor a monitor, Kevin Laiter that night and to Donna Octean a Head Monitor the next day. No action was taken against Tina Rosario. When Mildred Glinton complained that she was subjected to unlawful offensive discrimination to various supervisor identified above her compliants were disguarded.

It is reasonable to infer that the respondent terminated Mildred Glinton for a fabricated "good cause". As a result of her termination and loss of her income Mildred Glinton has suffered emotional distress depression, mental stress and distraught. Since being terminated she sought psychiatric treatment and was hospitalized for 1 week at Boston Medical Center and is currently taking medication for depression. She is so depressed that she has not been employed and stay at home.

IV. I'm currently seeking $1,000,000.00 in damages. Also $100,000.00 in Loss wages.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: Mildred M Glinton
683 WALKHILL STREET
MATTAPAN, MA 02126

From: E.E.O.C
Boston Area Office
JFK. Federal Bldg., Rm 475
Boston, MA 02203

☐ On behalf of a person aggrieved whose identity is CONFIDENTIAL ( 29 C.F.R. 1601.7(a) )

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 16CA01914 | Anne Giantonio, Supv. | (617) 565-3200 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.
☐ Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.
☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.
☐ We cannot investigate your charge because it was not filed within the time limit required by law.
☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.
☐ While reasonable efforts were made to locate you, we were not able to do so.
☐ You had 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.
☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.
☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.
☐ Other (briefly state) _____

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form)*

Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed within 90 DAYS of your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On Behalf of the Commission

Robert L. Sanders, Area Director          May 22, 2003
                                                (Date)
Enclosure(s)

cc: JUDGE ROTENBERG CENTER AND LAR
240 TURNPIKE STREET
CANTON, MA 02021