UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MILDRED GLINTON,<br><br> Plaintiff,<br><br>v.<br><br>THE JUDGE ROTENBERG CENTER,<br>LARUSO RESIDENT AND TERRY<br>PARKETT,<br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 03-11597-JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## FINDINGS AND ORDER

It is hereby **ORDERED, ADJUDGED, AND DECREED** that Defendant the Judge Rotenberg Educational Center, Inc.'s Motion for Enforcement of Settlement Agreement is **ALLOWED**.

The Court hereby finds that a settlement agreement was made between Defendant the Judge Rotenberg Educational Center, Inc. and Plaintiff Mildred Glinton which requires Defendant the Judge Rotenberg Educational Center, Inc. to pay Plaintiff Mildred Glinton $50,000.00 and requires Plaintiff Mildred Glinton to release all Defendants and dismiss all claims and all Defendants in this action with prejudice.

Defendant the Judge Rotenberg Educational Center, Inc. shall give the Court's clerk a bank check payable to "Mildred Glinton" in the amount of $50,000.00 (fifty thousand dollars). Upon the clerk's receipt of the check, the clerk will dismiss all claims against all Defendants in this action. The clerk shall hold the check and make the check available for Plaintiff Mildred Glinton to request at her convenience.

{K0300692.1}

**SO ORDERED.**

_____
Judge Joseph L. Tauro

Dated: _____

{K0300692.1}